UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CARL BROWN, an individual,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>NIS GROUP, INC., a Washington corporation d/b/a Advanced Maintenance Pro; and IGOR MALANCHUK, and individual,<br><br>　　　　　　　　　　Defendants. | NO:  2:19-CV-415-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiff's Notice of Dismissal without Prejudice, ECF No. 13.  Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

　　1. Plaintiff's Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), **ECF No. 13**, is **APPROVED**.

　　2. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

　　3. All pending motions are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** June 16, 2020.

                                       *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                       United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2